Exhibit 6

**Infringement Claim Chart for U.S. Pat. No. US10237420B1 v. Alight Solutions ("Defendant")**

| Claim 20 | Evidence |
|---|---|
| 20. A method of processing requests, comprising: | The Alight Solutions Customer Service system performs a method of processing requests.<br><br>For example, the Alight Solutions Customer Service system performs a method of connecting requests for assistance, made by callers, to agents that provide the assistance.<br><br> |

Source: https://www.alight.com/talk-to-sales



Source: https://www.alight.com/talk-to-sales

Source: https://alight.pissedconsumer.com/customer-service.html



Source: https://alight.pissedconsumer.com/customer-service.html

Alight Solutions, a leading HR technology and services provider, used to manage tangled systems with heavily customized routing for over 900 clients. Now, with the Genesys Cloud™ platform, these systems integrate seamlessly. IT support and management has become simpler, while new hires can be onboarded faster and use personal devices to smooth seasonal demand spikes. The business now has improved call quality and uptime and is creating a thriving pipeline for new service innovations.

Source: https://www.genesys.com/customer-stories/alight-solutions

"Now we've got the foundational capabilities in place. We're already seeing the benefits in terms of technology infrastructure and savings, and improved agent and customer experience. And we can do some really cool things around predictive routing, natural language, speech analytics and introducing other channels."

— Robin Vallango, Vice President, Customer Care Technology, Alight Solutions

| | |
|---|---|
| | Source: https://www.genesys.com/customer-stories/alight-solutions |
| estimating at least one content-specificor requestor-specific characteristic associated with each received request; | The Alight Solutions Customer Service system estimates a content-specific or a requestor-specific characteristic associated with each received request. |

The Alight Solutions Customer Service system estimates a content-specific or a requestor-specific characteristic associated with each received request.

For example, the Alight Solutions Customer Service system uses information provided by the caller, such as through interactive voice responses, chatbot entries, and email to determine the nature of the call.



Source: https://central-auth-api.alight.com/view/login?connection=MP&state=https%3a%2f%2fmember.compassphs.com%2fhome



Source: https://alight.pissedconsumer.com/customer-service.html



Source: https://www.alight.com/talk-to-sales



Source: https://www.alight.com/talk-to-sales

Source: https://alight.pissedconsumer.com/customer-service.html

Alight Solutions, a leading HR technology and services provider, used to manage tangled systems with heavily customized routing for over 900 clients. Now, with the Genesys Cloud™ platform, these systems integrate seamlessly. IT support and management has become simpler, while new hires can be onboarded faster and use personal devices to smooth seasonal demand spikes. The business now has improved call quality and uptime and is creating a thriving pipeline for new service innovations.

Source: https://www.genesys.com/customer-stories/alight-solutions

"Now we've got the foundational capabilities in place. We're already seeing the benefits in terms of technology infrastructure and savings, and improved agent and customer experience. And we can do some really cool things around predictive routing, natural language, speech analytics and introducing other channels."

— Robin Vallango, Vice President, Customer Care Technology, Alight Solutions

Source: https://www.genesys.com/customer-stories/alight-solutions

| | |
|---|---|
| determining availability of a plurality of alternate target resources, each respective target resource having at least onerespective target characteristic; | The Alight Solutions Customer Service system determines the availability of multiple alternate target resources, each of which has a target characteristic.<br><br>For example, the Alight Solutions Customer Service system determines agents that are available to handle the call based, at least in part, on the current availability and skill set of each agent (e.g. language/department). The Alight Solutions Customer Service system runs on Genesys Cloud Service Cloud to perform the determination and other related functions for processing the requests.<br><br>Alight Solutions, a leading HR technology and services provider, used to manage tangled systems with heavily customized routing for over 900 clients. Now, with the Genesys Cloud™ platform, these systems integrate seamlessly. IT support and management has become simpler, while new hires can be onboarded faster and use personal devices to smooth seasonal demand spikes. The business now has improved call quality and uptime and is creating a thriving pipeline for new service innovations.<br><br>"Now we've got the foundational capabilities in place. We're already seeing the benefits in terms of technology infrastructure and savings, and improved agent and customer experience. And we can do some really cool things around predictive routing, natural language, speech analytics and introducing other channels."<br><br>— Robin Vallango, Vice President, Customer Care Technology, Alight Solutions<br><br>Source: https://www.genesys.com/customer-stories/alight-solutions |

9



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

**AI-driven routing**

Attach routing selection data to each call. Enable business intelligence and artificial intelligence (AI) to identify behaviours that translate into decisions, such as skill combinations that improve first-call resolution.

**Dynamic agent-queue membership**

Improve routing effectiveness by using dynamic skills and proficiency expressions to link agents to queue membership. This simplifies routing administration and improves matching results.

**Basic ACD routing**

Keep call centre routing simple. Send interactions to the agent who's been idle the longest. If all agents are busy, send the interaction to the first available agent.

**Skills-based routing**

Match customers with agents who have the right expertise to resolve their issues quickly. Skills-based routing gets customers to the right agent the first time — no matter the channel.

**Bullseye routing**

Route customer interactions to a targeted sub-queue of agents with specific skills. If no agents are available, it relaxes the requested skills based on queue configuration and automatically expands the pool of agents.

**Preferred agent routing**

Select which agents should handle specific interactions based on the characteristics you specify. This could include skill set, responsibilities or existing customer relationships.

Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

**Automated attendant and basic IVR**

Choose the right self-service strategy. Configure basic IVR voice options and IVR applications if that's all you need. Use touch-tone and speech prompts. Pass data to your ACD. Get the advanced IVR reports needed.

Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr

| evaluating, with at | The Alight Solutions Customer Service system evaluates, with an automated |

11

| least one automated processor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent on a probabilistic predictive multivariate evaluator, based on the at least one content-specific or requestor-specific characteristic, and the respective target characteristics of the plurality of alternate target resources; and | processor, multiple alternate allocations of the received request with different available targets. The evaluation is done according to a ranking that is dependent on a probabilistic predictive multivariate evaluator. The evaluator is based on the content-specific or requestor-specific characteristic, and the respective target characteristic of the multiple alternate target resources.<br><br>For example, the Alight Solutions Customer Service system via Genesys Cloud Service Cloud uses the nature of the call and the availability and skill set of the agents to determine which possible allocation of the call to a given agent will have the best likelihood of a positive outcome for the caller.<br><br>Alight Solutions, a leading HR technology and services provider, used to manage tangled systems with heavily customized routing for over 900 clients. Now, with the Genesys Cloud™ platform, these systems integrate seamlessly. IT support and management has become simpler, while new hires can be onboarded faster and use personal devices to smooth seasonal demand spikes. The business now has improved call quality and uptime and is creating a thriving pipeline for new service innovations.<br><br>"Now we've got the foundational capabilities in place. We're already seeing the benefits in terms of technology infrastructure and savings, and improved agent and customer experience. And we can do some really cool things around predictive routing, natural language, speech analytics and introducing other channels."<br><br>— Robin Vallango, Vice President, Customer Care Technology, Alight Solutions |

Source: https://www.genesys.com/customer-stories/alight-solutions

### Turn inbound interactions into opportunities with ACD

**Eliminate static skill-based rules**

Manual agent administration wastes time and money. Simplify the process using a dynamic agent that queues assignments based on skill expressions and proficiency levels.

**Reduce average handle time**

Business KPIs depend on how you distribute interactions. Lower average handle time and costs with intelligent automatic call distribution (ACD) that expands agent skills.

**Deliver a better customer experience**

Poor resolution rates, multiple transfers and long wait times negatively affect customer satisfaction. Meet evolving customer expectations with smarter routing decisions.

Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

### Automated attendant and basic IVR

Choose the right self-service strategy. Configure basic IVR voice options and IVR applications if that's all you need. Use touch-tone and speech prompts. Pass data to your ACD. Get the advanced IVR reports needed.

Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr

13



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

| | |
|---|---|
| generating a control signal, by the at least one automated proce ssor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targets. | The automated processor of the Alight Solutions Customer Service system generates a control signal to control the allocation of the received request with the different available targets. Generation of the control signal is selectively dependent on the evaluation result.<br><br>For example, the Alight Solutions Customer Service system via Genesys Cloud Service Cloud generates a control signal to connect the call with the agent who is most likely to result in a positive outcome for the caller in view of other factors such as overall throughput of the customer service platform and the priority and requirements of other concurrent calls.<br><br> |

Source: https://www.alight.com/talk-to-sales



Source: https://www.alight.com/talk-to-sales

Source: https://alight.pissedconsumer.com/customer-service.html



17

Source: https://alight.pissedconsumer.com/customer-service.html

Alight Solutions, a leading HR technology and services provider, used to manage tangled systems with heavily customized routing for over 900 clients. Now, with the Genesys Cloud™ platform, these systems integrate seamlessly. IT support and management has become simpler, while new hires can be onboarded faster and use personal devices to smooth seasonal demand spikes. The business now has improved call quality and uptime and is creating a thriving pipeline for new service innovations.

Source: https://www.genesys.com/customer-stories/alight-solutions

"Now we've got the foundational capabilities in place. We're already seeing the benefits in terms of technology infrastructure and savings, and improved agent and customer experience. And we can do some really cool things around predictive routing, natural language, speech analytics and introducing other channels."

— Robin Vallango, Vice President, Customer Care Technology, Alight Solutions

Source: https://www.genesys.com/customer-stories/alight-solutions



**Turn inbound interactions into opportunities with ACD**

**Eliminate static skill-based rules**

Manual agent administration wastes time and money. Simplify the process using a dynamic agent that queues assignments based on skill expressions and proficiency levels.

**Reduce average handle time**

Business KPIs depend on how you distribute interactions. Lower average handle time and costs with intelligent automatic call distribution (ACD) that expands agent skills.

**Deliver a better customer experience**

Poor resolution rates, multiple transfers and long wait times negatively affect customer satisfaction. Meet evolving customer expectations with smarter routing decisions.

Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd



**Automated attendant and basic IVR**

Choose the right self-service strategy. Configure basic IVR voice options and IVR applications if that's all you need. Use touch-tone and speech prompts. Pass data to your ACD. Get the advanced IVR reports needed.

Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

|  |  |
| --- | --- |