# Exhibit 9

**Infringement Claim Chart for U.S. Pat. No. US7269253B1 v. Alight Solutions ("Defendant")**

| Claims | Evidence |
|---|---|
| 10. A communications method comprising: | The Alight Solutions Customer Service system performs a method for communicating in a communication network.<br><br>For example, the Alight Solutions Customer Service system performs a method of communicating by establishing, over a communication network, a call between a caller with a request and an agent in an appropriate department for assistance.<br><br><br><br>Source: https://www.alight.com/talk-to-sales |



Source: https://www.alight.com/talk-to-sales



Source: https://alight.pissedconsumer.com/customer-service.html



Source: https://alight.pissedconsumer.com/customer-service.html

> Alight Solutions, a leading HR technology and services provider, used to manage tangled systems with heavily customized routing for over 900 clients. Now, with the Genesys Cloud™ platform, these systems integrate seamlessly. IT support and management has become simpler, while new hires can be onboarded faster and use personal devices to smooth seasonal demand spikes. The business now has improved call quality and uptime and is creating a thriving pipeline for new service innovations.

Source: https://www.genesys.com/customer-stories/alight-solutions

> "Now we've got the foundational capabilities in place. We're already seeing the benefits in terms of technology infrastructure and savings, and improved agent and customer experience. And we can do some really cool things around predictive routing, natural language, speech analytics and introducing other channels."
>
> — Robin Vallango, Vice President, Customer Care Technology, Alight Solutions

Source: https://www.genesys.com/customer-stories/alight-solutions

| | |
|---|---|
| (a) receiving a plurality of communications, each having associated classification information; | The Alight Solutions Customer Service system receives a plurality of communications, each having associated classification information.<br><br>For example, the Alight Solutions provides excellent customer receives calls from multiple callers. For each call, a user provides information about the nature of call via keypad entry or Interactive Voice Response (IVR). The responses are used to classify the call.<br><br>> Alight Solutions, a leading HR technology and services provider, used to manage tangled systems with heavily customized routing for over 900 clients. Now, with the Genesys Cloud™ platform, these systems integrate seamlessly. IT support and management has become simpler, while new hires can be onboarded faster and use personal devices to smooth seasonal demand spikes. The business now has improved call quality and uptime and is creating a thriving pipeline for new service innovations.<br><br>Source: https://www.genesys.com/customer-stories/alight-solutions<br><br>> "Now we've got the foundational capabilities in place. We're already seeing the benefits in terms of technology infrastructure and savings, and improved agent and customer experience. And we can do some really cool things around predictive routing, natural language, speech analytics and introducing other channels."<br>> — Robin Vallango, Vice President, Customer Care Technology, Alight Solutions<br><br>Source: https://www.genesys.com/customer-stories/alight-solutions |



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

**AI-driven routing**

Attach routing selection data to each call. Enable business intelligence and artificial intelligence (AI) to identify behaviours that translate into decisions, such as skill combinations that improve first-call resolution.

**Dynamic agent-queue membership**

Improve routing effectiveness by using dynamic skills and proficiency expressions to link agents to queue membership. This simplifies routing administration and improves matching results.

**Basic ACD routing**

Keep call centre routing simple. Send interactions to the agent who's been idle the longest. If all agents are busy, send the interaction to the first available agent.

**Skills-based routing**

Match customers with agents who have the right expertise to resolve their issues quickly. Skills-based routing gets customers to the right agent the first time — no matter the channel.

**Bullseye routing**

Route customer interactions to a targeted sub-queue of agents with specific skills. If no agents are available, it relaxes the requested skills based on queue configuration and automatically expands the pool of agents.

**Preferred agent routing**

Select which agents should handle specific interactions based on the characteristics you specify. This could include skill set, responsibilities or existing customer relationships.

Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

**Automated attendant and basic IVR**

Choose the right self-service strategy. Configure basic IVR voice options and IVR applications if that's all you need. Use touch-tone and speech prompts. Pass data to your ACD. Get the advanced IVR reports needed.

Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr

| | |
|---|---|
| (b) storing information representing characteristics of at least three potential targets; and | The Alight Solutions Customer Service maintains information about potential targets that includes support agents, departments, or specific resources capable of handling different types of inquiries.<br><br>For example, the Alight Solutions Customer Service system records (i.e., stores) information about the skill set possessed by agents who are potential targets of the call. The Alight Solutions company employs numerous agents, at least three of which possess the skill set required by call.<br><br>> Alight Solutions, a leading HR technology and services provider, used to manage tangled systems with heavily customized routing for over 900 clients. Now, with the Genesys Cloud™ platform, these systems integrate seamlessly. IT support and management has become simpler, while new hires can be onboarded faster and use personal devices to smooth seasonal demand spikes. The business now has improved call quality and uptime and is creating a thriving pipeline for new service innovations.<br><br>Source: https://www.genesys.com/customer-stories/alight-solutions<br><br>> "Now we've got the foundational capabilities in place. We're already seeing the benefits in terms of technology infrastructure and savings, and improved agent and customer experience. And we can do some really cool things around predictive routing, natural language, speech analytics and introducing other channels."<br>> — Robin Vallango, Vice President, Customer Care Technology, Alight Solutions<br><br>Source: https://www.genesys.com/customer-stories/alight-solutions |



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

**AI-driven routing**

Attach routing selection data to each call. Enable business intelligence and artificial intelligence (AI) to identify behaviours that translate into decisions, such as skill combinations that improve first-call resolution.

**Dynamic agent-queue membership**

Improve routing effectiveness by using dynamic skills and proficiency expressions to link agents to queue membership. This simplifies routing administration and improves matching results.

**Basic ACD routing**

Keep call centre routing simple. Send interactions to the agent who's been idle the longest. If all agents are busy, send the interaction to the first available agent.

**Skills-based routing**

Match customers with agents who have the right expertise to resolve their issues quickly. Skills-based routing gets customers to the right agent the first time — no matter the channel.

**Bullseye routing**

Route customer interactions to a targeted sub-queue of agents with specific skills. If no agents are available, it relaxes the requested skills based on queue configuration and automatically expands the pool of agents.

**Preferred agent routing**

Select which agents should handle specific interactions based on the characteristics you specify. This could include skill set, responsibilities or existing customer relationships.

Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

**Automated attendant and basic IVR**

Choose the right self-service strategy. Configure basic IVR voice options and IVR applications if that's all you need. Use touch-tone and speech prompts. Pass data to your ACD. Get the advanced IVR reports needed.

Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr

| | |
|---|---|
| (c) determining, in a combinatorial optimization, an optimum target for each communication based on the communication classification, and target characteristics. | The Alight Solutions Customer Service system determines an optimum target for each communication based on the communication classification and target characteristics using a combinatorial optimization comparing at least three potential targets.<br><br>For example, the Alight Solutions Customer Service system analyses the caller selection to determine one or more skills that an agent who is selected to receive the call should have in order to provide the caller with the requested assistance. The system determines the potential agent based on the communication classification and performs automated skill-based routing of calls using Genesys Cloud Platform Service Cloud (i.e., a combinatorial optimization).<br><br><br><br>Source: https://www.alight.com/talk-to-sales |



Source: https://www.alight.com/talk-to-sales



Source: https://alight.pissedconsumer.com/customer-service.html



Source: https://alight.pissedconsumer.com/customer-service.html

> Alight Solutions, a leading HR technology and services provider, used to manage tangled systems with heavily customized routing for over 900 clients. Now, with the Genesys Cloud™ platform, these systems integrate seamlessly. IT support and management has become simpler, while new hires can be onboarded faster and use personal devices to smooth seasonal demand spikes. The business now has improved call quality and uptime and is creating a thriving pipeline for new service innovations.

Source: https://www.genesys.com/customer-stories/alight-solutions

> "Now we've got the foundational capabilities in place. We're already seeing the benefits in terms of technology infrastructure and savings, and improved agent and customer experience. And we can do some really cool things around predictive routing, natural language, speech analytics and introducing other channels."
>
> — Robin Vallango, Vice President, Customer Care Technology, Alight Solutions

Source: https://www.genesys.com/customer-stories/alight-solutions



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

| | |
|---|---|
| | **AI-driven routing** Attach routing selection data to each call. Enable business intelligence and artificial intelligence (AI) to identify behaviours that translate into decisions, such as skill combinations that improve first-call resolution. **Dynamic agent-queue membership** Improve routing effectiveness by using dynamic skills and proficiency expressions to link agents to queue membership. This simplifies routing administration and improves matching results. **Basic ACD routing** Keep call centre routing simple. Send interactions to the agent who's been idle the longest. If all agents are busy, send the interaction to the first available agent. **Skills-based routing** Match customers with agents who have the right expertise to resolve their issues quickly. Skills-based routing gets customers to the right agent the first time — no matter the channel. **Bullseye routing** Route customer interactions to a targeted sub-queue of agents with specific skills. If no agents are available, it relaxes the requested skills based on queue configuration and automatically expands the pool of agents. **Preferred agent routing** Select which agents should handle specific interactions based on the characteristics you specify. This could include skill set, responsibilities or existing customer relationships. Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd **Automated attendant and basic IVR** Choose the right self-service strategy. Configure basic IVR voice options and IVR applications if that's all you need. Use touch-tone and speech prompts. Pass data to your ACD. Get the advanced IVR reports needed. Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr |